PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JOSEPH PRATT, <br>     Plaintiff, <br> v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>     Defendant. | CIVIL NO. 2:20-cv-01993-JAM-DMC <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  March 24, 2021            */s/ Jacqueline Forslund\**
                                  JACQUELINE FORSLUND
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on March 23, 2021


                                  PHILIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:     /s/ *Ellinor R. Coder*
                                  ELLINOR R. CODER
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


# ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.


DATED:  March 24, 2021            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNTED STATES DISTRICT COURT JUDGE

STIPULATION TO REMAND