FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH PRATT,<br><br>   Plaintiff<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>   Defendant<br>_____ | Case No.  2:20-CV-01993-JAM-DMC<br><br>**STIPULATION AND ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of ONE THOUSAND ONE HUNDRED AND FOUR dollars and TWENTY-THREE cents ($1,104.23).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.     The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: June 15, 2021         JACQUELINE A. FORSLUND
                            Attorney at Law


                            /s/Jacqueline A. Forslund
                            JACQUELINE A. FORSLUND
                            Attorney for Plaintiff

Date: June 15, 2021         PHILIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                            /s/ Ellinor R. Coder
                            ELLINOR R. CODER
                            Special Assistant United States Attorney
                            *By email authorization
                            Attorney for Defendant

                            ORDER

APPROVED AND SO ORDERED

Dated: June 23, 2021
                            _____
                            DENNIS M. COTA
                            UNITED STATES MAGISTRATE JUDGE

**Pratt v. Saul**          **Stipulation and Proposed Order**     **E.D. Cal. 2:20-cv-01993-DMC**